The Honorable Ricardo S. Martinez

12-CV-01652-APPR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; CARLOS COLLINS and JANE DOE COLLINS, husband and wife and the marital communities thereof, jointly and severally,<br><br>Defendants. | Case No. 2:12-cv-01652-RSM<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FIRST APPEARANCE |

The court has considered defendants' unopposed motion to extend the deadline to file their first appearance, and the supporting declaration of Robert E. Sabido. For good cause shown,

IT IS ORDERED:

1. The motion to extend is GRANTED;

2. The deadline for defendants to file their first appearance is extended to October 16, 2012.

DATED this 5 day of October 2012.

_____
Ricardo S. Martinez
United States District Court Judge

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FIRST APPEARANCE - Page 1

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

1611955