The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; CARLOS COLLINS and JANE DOE COLLINS, husband and wife and the marital communities thereof, jointly and severally,<br><br>    Defendants. | Case No. 2:12-cv-01652-RSM<br><br>**UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FIRST APPEARANCE** |

Pursuant to Fed. R. Civ. P. 6(b), defendants move for an additional three-day extension of the deadline to file their first appearance, up to and including October 19, 2012. This motion is supported by the accompanying declaration of Robert E. Sabido. Plaintiff does not object to this requested extension.

DATED: October 16, 2012

COSGRAVE VERGEER KESTER LLP

/s/ Robert E. Sabido
Robert E. Sabido, WSBA No. 29170
rsabido@cosgravelaw.com
Telephone: (503) 323-9000
Fax: (503) 323-9019

Attorneys for Defendants

UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FIRST APPEARANCE - Page 1

1621298

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2012, I electronically filed the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FIRST APPEARANCE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph Andrew Hylkema
1425 Broadway, #123
Seattle, WA 98122
    Plaintiff *pro se*

DATED: October 16, 2012

        /s/ Robert E. Sabido, WSBA No. 29170
        Robert E. Sabido

**CERTIFICATE OF SERVICE** - Page 1

1621298

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000