The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| JOSEPH ANDREW HYLKEMA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation; CARLOS COLLINS and JANE DOE COLLINS, husband and wife and the marital communities thereof, jointly and severally,<br><br>    Defendants. | Case No. 2:12-cv-01652-RSM<br><br>**DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FIRST APPEARANCE** |

I, Robert E. Sabido, hereby declare:

1. I am one of the attorneys representing defendants in this case.

2. Defendants' first appearance currently is due on October 16, 2012.

3. An answer has been drafted but defendants need additional time to finalize and file it.

4. Accordingly, defendants request that the court extend the deadline to file their first appearance up to and including October 19, 2012.

5. My office has conferred with *pro se* plaintiff Joseph Hylkema, and he does not oppose this requested extension.

6. This motion is made in good faith and not for any improper purpose.

**DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FIRST APPEARANCE** - Page 1

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

1621310

1  I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS
2  TRUE AND CORRECT.
3       DATED: October 16, 2012
4
5                              /s/ Robert E. Sabido_____
                               Robert E. Sabido
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FIRST APPEARANCE** - Page 2

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

1621310

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2012, I electronically filed the foregoing **DECLARATION OF ROBERT E. SABIDO IN SUPPORT OF UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FIRST APPEARANCE** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph Andrew Hylkema
1425 Broadway, #123
Seattle, WA 98122
    Plaintiff *pro se*

DATED:  October 16, 2012

                              */s/ Robert E. Sabido, WSBA No. 29170*
                              Robert E. Sabido

**CERTIFICATE OF SERVICE -** Page 1

1621310

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000